No. 96–9537. JOHNSON v. GUDMANSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–9538. HARDISON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9539. HAYES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–9540. HEKIMAIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9543. FAGBEMI v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–9544. TOCK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9545. WILLIAMS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–9546. THOMAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9548. WILLIS v. FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES. Sup. Ct. Fla. Certiorari denied.

No. 96–9549. WINESTOCK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9550. VRETTOS v. BOGDEN ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9551. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9552. MAHN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9553. GRAHAM v. TURPIN, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–9554. COTTEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9555. BEHLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.